NO. 07-10-00113-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 11, 2010

_____


STEVEN J. REED, APPELLANT

v.

CITY OF LAGO VISTA, TEXAS AND ROGERS-PENN
INVESTMENTS, APPELLEES

_____


FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1GN-08-004232; HONORABLE MARGARET A. COOPER, JUDGE

_____


Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.


**MEMORANDUM OPINION**


Appellant Steven J. Reed filed a notice of appeal on February 9, 2010. On April 7, the case was transferred to this court from the Third Court of Appeals under a docket equalization order of the Supreme Court of Texas. Reed has not paid the required filing fee of $175[1] or provided a status report concerning the record as specified by a March 29 letter from the clerk of the transferor court. By letter of April 20, we informed Reed that failure to satisfy these omissions within ten days of the letter would result in

_____

[1] Tex. R. App. P. 5 & Appendix.

dismissal of this appeal. Tex. R. App. P. 37.3(b); 42.3(c). We have had no response from Reed.

Finding Reed has failed to comply with a requirement of the Rules of Appellate Procedure and a notice from the clerk requiring a response, and finding that we have given notice to all parties, we dismiss the appeal pursuant to Rule of Appellate Procedure 42.3(c).


James T. Campbell
Justice